**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: WJB Capital Group, Inc.<br> aka  W.J. Bonfanti, Inc. | CASE NO.: 12–11831–scc |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 7 |
| | TRUSTEE:<br><br>Ian J. Gazes<br>Gazes LLC<br>151 Hudson St.<br>New York, NY 10013<br><br>Telephone: (212) 765–9000 |

# NOTICE OF POSSIBLE PAYMENT OF DIVIDENDS
# AND OF LAST DATE TO FILE CLAIMS

To the creditors of the above named debtor:

As a result of the administration of the debtor's estate, a dividend to creditors now appears possible. You are hereby advised of the opportunity to file a claim in order to share in any distribution. A creditor must file a Proof of Claim whether or not the debt is included in the list of creditors filed by the debtor.

The Proof of Claim must be filed on or before May 5, 2014.

Please take further notice that if you have a Proof of Claim on file or one has been filed on your behalf, do not file again.

A Proof of Claim form has not been included with this notice but one is available online at www.uscourts.gov and on the court's website, www.nysb.uscourts.gov. All Proofs of Claim must be filed electronically on the Court's website or mailed to the court at the above address.

Dated: January 31, 2014                               Vito Genna
                                                      Clerk of the Court

```
                          United States Bankruptcy Court
                          Southern District of New York
In re:                                                             Case No. 12-11831-scc
WJB Capital Group, Inc.                                            Chapter 7
        Debtor              CERTIFICATE OF NOTICE
District/off: 0208-1           User: admin              Page 1 of 6              Date Rcvd: Feb 03, 2014
                               Form ID: pdn             Total Noticed: 308


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2014.
db           #+WJB Capital Group, Inc.,    909 Third Avenue,    9th Floor,   New York, NY 10022-4752
smg           N.Y. State Unemployment Insurance Fund,    P.O. Box 551,   Albany, NY 12201-0551
smg           New York City Dept. Of Finance,   345 Adams Street, 3rd Floor,
               Attn: Legal Affairs - Devora Cohn,   Brooklyn, NY 11201-3719
smg           New York State Tax Commission,    Bankruptcy/Special Procedures Section,   P.O. Box 5300,
               Albany, NY 12205-0300
smg          +United States Attorney's Office,   Southern District of New York,
               Attention: Tax & Bankruptcy Unit,   86 Chambers Street, Third Floor,   New York, NY 10007-1825
ust          +United States Trustee,   Office of the United States Trustee,   U.S. Federal Office Building,
               201 Varick Street, Room 1006,   New York, NY 10014-9449
5910355      +909 Third Company, L.P.,    909 Third Avenue,   New York, NY 10022-4731
5908976      +AB EXECUTIVE SEARCH,    10 EAST 40TH STREET,    45TH FLOOR,   NEW YORK NY 10016-0301
5908977      +ACCOUNTEMPS,    12400 COLLECTIONS CENTER DRIVE,    CHICAGO IL 60693-0124
5908978      #+ACTIANCE, INC.,    1301 SHOREWAY, SUITE 275,   BELMONT CA 94002-4163
5908979      +ACTION ECONOMICS, LLC,    5665 PENNSYLVANIA PLACE,   BOULDER CO 80303-2953
5908980      +ACTIV FINANCIAL SYSTEMS INC.,    120 EAST LIBERTY DRIVE,    SUITE 200,   WHEATON IL 60187-5469
5908981      +ADAM FUTTERMAN,    252 7TH AVENUE,    APT. 16O,   NEW YORK NY 10001-7350
5908982      +ADOLFO RUEDA,    17 MIDLAND PLACE,    TUCKAHOE NY 10707-4203
5908983      +ALEX BONELLO,    109 BROOK STREET,    GARDEN CITY NY 11530-6403
5908986      +ANNIE RAGUSA,    421 FERRIS ROAD,    SEAFORD NY 11783-1002
5908987      +ANTHONY ROMANO,    8878 PINTO COURT,    NAPLES FL 34113-1639
5908988      +ARAMARK REFRESHMENT SERVICES,    229 ROBINS LANE,   SYOSSET NY 11791-6005
5908989      +ARAMARK REFRESHMENT SERVICES,    3777 SPINNAKER COURT,    FREMONT CA 94538-6537
5908990      +ARCHIPELAGO EXCHANGE,    100 SOUTH WACKER DRIVE,    SUITE 2012,   CHICAGO IL 60606-4006
5908991       ARIXONA DEPT OF REVENUE,    P.O. BOX 29009,    PHOENIX AZ 85038-9009
5908992      +ASSOCIATED OPTIONS, INC.,    440 SOUTH LASALLE ST,    SUITE 3600,   CHICAGO IL 60605-5025
5908993       AT&T,   2085 S. AKARD STREET,    ATTN: LEGAL DEPT,    DALLAS TX 75202
5908994       AVAYA FINANCIAL SERVICES,    P.O. BOX 93000,    CHICAGO IL 60673-3000
5931077      +Avaya, Inc,   c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126
5908996      +BARCLAYS CAPITAL,    1301 AVENUE OF THE AMERICAS,    NEW YORK NY 10019-6022
5908997      +BECKY CORTIJO,    182 SOUTH STREET,    APT. 6B,   NEW YORK NY 10038-1423
5908998      +BELL CURVE TRADING,    323 GEORGIA ROAD,    FREEHOLD NJ 07728-8045
5908999      +BF&W REALTY,    ONE STATE STREET PLAZA,    FL. 29,   NEW YORK NY 10004-1561
5909000       BINGHAM MCCUTCHEN LLP,    PO BOX 3486,    BOSTON MA 02241-3486
5915175      +BINGHAM McCUTCHEN LLP,    MARK WOODS,    ACCOUNTS RECEIVABLE SPECIALIST,    2020 K.STREET, N.W.,
               WASHINGTON, DC 20006-1806
5909001       BLOOMBERG,    499 PARK AVENUE,    NEW YORK NY 10022-1240
5909002      +BLUE MATRIX,    29 EAST 19TH STREET,    NEW YORK NY 10003-1329
5909003       BMS TENANT SERVICE SLLC,    PO BOX 27257,    NEW YORK NY 10087-7257
5909004       BNY CONVERGEEX EXECUTION SOL,    P.O. BOX 13239,    NEWARK NJ 07101-3239
5909005      +BOND, SCHOENECK & KING, PLLC,    1399 FRANKLIN AVENUE,    GARDEN CITY NY 11530-1679
5909006       BONNIST & CUTRO, LLP,    800 EESTCHESTER AVENUE, S-332,    PORT CHESTER NY 10573
5868849      +BORAH, GOLDSTEIN, ALTSCHULER,,    NAHINS & GOIDEL, P.C.,    Attorneys for 909 Third Company, L.P.,
               JEFFREY C. CHANCAS,    377 Broadway,   New York, NY 10013-3907
5909007      +BRENT DILTS,    190 LEWIS STREET,    APT. 1'21,   RAHWAY NJ 07065-5079
5909008      +BRIAN REYNOLDS,    103 OAK STREET,    DUNSTABLE MA 01827-1635
5909009      +BRUNELLE & HADJIKOW,    ONE WHITEHALL STREET,    SUITE 1825,    NEW YORK NY 10004-2131
5909010      +BRYAN MAHER,    135 PENN LYLE ROAD,    PRINCETON JUNCTION NJ 08550-1849
5909011      +BUILDING MAINTENANCE SERVICES,    C/O AMOS WEINBERG, ESQ.,    49 SOMERSET DRIVE S.,
               GREAT NECK NY 11020-1821
5909765       Bankruptcy Administration,    GE Information Technology Solutions, Inc,
               f/d/b/a IKON Financial Services,    1738 Bass Road,    P.O. Box 13708,    Macon, GA 31208-3708
5909012       CABLEVISION,    PO BOX 9256,    CHELSEA MA 02150-9256
5909013       CAMBRIDGE TRANSPORT,    36392 TREASURY CENTER,    CHICAGO IL 60694-6300
5909014       CAPITAL ECONOMICS LTD.,    150 BUCKINGHAM PALACE ROAD,    LONDON SW1W 9TR,    UNITED KINGDOM
5909015       CARR BUSINESS SYSTEMS,    130 SPAGNOLI ROAD,    MELVILLE NY 11747-3502
5909016      +CASEY SECURITIES,    220 MONTGOMERY STREET,    SUITE 462,    SAN FRANCISCO CA 94104-3536
5909017      +CATHERINE MURRAY,    116 E. 68TH STREET,    APT. 2B,   NEW YORK NY 10065-5995
5909018      +CECILE KOMPLITA,    60 SUTTON PLACE,    APT. 14D,   NEW YORK NY 10022-4283
5909019      +CERTILMAN BALIN ADLER & HYMAN,,    90 MERRICK AVENUE, 9TH FLOOR,    EAST MEADOW NY 11554-1597
5909020      +CHARLES MOREAU,    5879 E. ONYX AVENUE,    PARADISE VALLEY AZ 85253-1110
5909021       CHARLES RIVER DEVELOPMENT,    PO BOX 414527,    BOSTON MA 02241-4527
5909022       CHARTIS INSURANCE,    22427 NETWORK PLACE,    CHICAGO IL 60673-1224
5909023       CHASE EQUIPMENT LEASING,    1111 POLARIS PARKWAY,    SUITE 3K,    FREMONT OH 43420
5909024      +CHEEVERS & CO., INC.,    440 S. LASALLE,    SUITE 415,    CHICAGO IL 60605-1028
5909026      +CIT COMMUNICATIONS FIANCE CORP,    1 CIT DRIVE,    LIVINGSTON NJ 07039-5703
5917882      +CIT Communications Finance Corporation,    10201 Centurion Pkwy N#100,
               Jacksonville, FL 32256-4114
5909029      +CITICAPITAL TECHNOLOGY FINANCE,    1255 WRIGTHS LANE,    WEST CHESTER PA 19380-4227
5909031       COGENT COMMUNICATIONS, INC.,    PO BOX 791087,    BALTIMORE MD 21279-1087
5909032       COLMAN ABBE,    26 LAWRENCE ROAD,    RYE NY 10580
5909034       COLORADO STATE TREASURER UNEMP,    P.O. BOX 46541,    DENVER CO 80201-6541
5909036      +CRAIG ROTHFELD,    405 EAST 63RD STREET,    APT. 12C,   NEW YORK NY 10065-7812
```

```
District/off: 0208-1          User: admin              Page 2 of 6            Date Rcvd: Feb 03, 2014
                              Form ID: pdn             Total Noticed: 308


5909037          CREDIT SUISSE,   PO BOX 7247-6798,    PHILADELPHIA PA 19170-6798
5870480         +Certilman Balin Adler & Hyman, LLP,    90 Merrick Avenue,    East Meadow, New York 11554-1597,
                  Attn: Richard J. McCord, Esq.,    Attn: Carol A. Glick, Esq.
6041637         +City and County of Denver/Treasury,    Attn: Karen Katros, Bankruptcy Analyst,
                  201 W. Colfax Ave., Department 1001,    Denver, CO 80202-5332
5846239         +ConvergEx Execution Solutions LLC,    1633 Broadway,    New York, NY 10019-6708
5909039         +DAN PURCELL,   30 BLACKBURN LANE,    MANHASSET NY 11030-2136
5909040         +DANIEL HORNBUCKLE,    4116 WHISPERING OAKS LN,    DANVILLE CA 94506-5838
5909041         +DARREN LEAVITT,    12518 E. BARKBARY COAST ROAD,    TUCSON AZ 85749-8450
5909042         +DBCOM CONSULTING INC.,    666 PLAINSBORO ROAD,    SUITE 1335,   PLAINSBORO NJ 08536-3023
5909043        #+DEENA SULLIVAN,    305 WILLIAMS COURT,    EDGEWATER NJ 07020-1613
5909048          DEPAOLA TRADING,    86 TRINITY PLACE,    NEW YORK NY 10006-1818
5909049         +DIANA ANNE CARNEY,    C/O KING & SPALDING, LLP,    1185 AVENUE OF THE AMERICAS,
                  NEW YORK NY 10036-2686
5909051         +DIRECT EDGE ECN, LLC,    545 WASHINGTON BLVD.,    JERSEY CITY NJ 07310-2608
5909053         +DONALD DUNWORTH,    5 CAPRON LANE,    MONTCLAIR NJ 07043-2501
5909054         +DONALD ROMANO, JR.,    269 LINCOLN BLVD.,    MERRICK NY 11566-4712
5909055          DOUGALL & CO,    440 S LA SALLE STREET,    FLOOR 4,   CHICAGO IL 60605-1028
5909056          DOW JONES & COMPANY, INC.,    P.O. BOX 4137,    NEW YORK NY 10261-4137
5909057         +DUCKSAUCE CONSULTING LLC,    5 NICIOLE LANE,    WARREN NJ 07059-7054
5909058         +E TRADE CAPITAL MARKETS,    440 SOUTH LASALLE STREET,    SUITE 3030,   CHICAGO IL 60605-5019
5909059         +EBX LLC,   65 FRANKLIN STREET,    SUITE 201,    BOSTON MA 02110-1303
5909060         +EMPLOYMENT DEV. DEPT.,    PO BOX 826215,    MIC 3A,   SACRAMENTO CA 94230-6215
5909061          EMPLOYMENT DEVELOPMENT DEPT,    P.O. BOX 826215 MIC 3A,    SACRAMENTO CA 94230-6215
5909062         +ENRIQUE UBINAS,    571 ACADEMY STREET,    ATP. 4F,   NEW YORK NY 10034-5104
5909064         +EVOLVE DISCOVERY,    130 WEST 29TH STREET,    7TH FLOOR,   NEW YORK NY 10001-5312
5909065         +EZE CASTLE TRANSACTION SERVICE,    PO BOX 13309,    NEWARK NJ 07101-3309
5909066         +EZX,   361 SOUTH AVE EAST,    SUITE 2B,    WESTFIELD NJ 07090-1538
5846241         +Eze Castle Transaction Services LLC,    12 Farnsworth St,    6th Floor,   Boston, MA 02210-1224
5909067         +FACT FLOW RESEARCH,    111 SOUTH WACKER DRIVE,    SUITE 4710,   CHICAGO IL 60606-4719
5909068         +FACTORING SOLUTIONS,    2010 MAIN STREET, SUITE 1150,    IRVINE CA 92614-7273
5909069          FACTSET RESEARCH SYSTEMS, INC.,    P.O. BOX 414756,    BOSTON MA 02241-4756
5909070          FEDERAL EXPRESS,    P.O. BOX 371461,    PITTSBURGH PA 15250-7461
5909071          FINRA,   PO BOX 7777-W9850,    PHILADELPHIA PA 19175-9850
5909072          FIRST NIAGARA LEASING, INC.,    C/O SCHILLER & KNAPP,    950 LOUDON ROAD,   LATHAM NY 12110
5909074         +FIT ASSIST, LLC,    42 CHESTNUT STREET,    WELLESLEY HILLS MA 02481-3012
5909076         +FRANK DEMARTINO,    118A BEDELL PLACE,    MELVILLE NY 11747-2843
5909077         +FRANK LOGALBO,    382 CENTRAL PARK WEST,    APT. 8,   NEW YORK NY 10025-6054
5934107         +Farrell's Limousine Service, LLC,    c/o Lazarus & Lazarus, P.C.,    240 Madison Avenue, 8th Flr.,
                  New York, NY 10016-2820
5880854         +FedEx Tech Connect Inc as Assignee,    of FedEx Express/Ground/Freight/Office,
                  3965 Airways Blvd, Module G, 3rd Floor,    Memphis, Tennessee 38116-5017
5846244         +Flextrade Technologies, LLC,    111 Great Neck Road,    Suite 314,   Great Neck, NY 11021-5403
5846243         +Flextrade, LLC,    111 Great Neck Rd,    Suite 314,   Great Neck, NY 11021-5403
5909078        #+GARY LANTTA,    3314 LOOKOUT LANE,    AUSTIN TX 78746-1431
5909079         +GARY TRITTO,    333 RIVER STREET, APT 614,    HOBOKEN NJ 07030-5862
5909080          GE CAPITAL,    PO BOX 642333,    PITTSBURGH PA 15264-2333
5909081         +GLOBAL RECRUITERS NETWORK,    2001 BUTTERFIELD ROAD,    #102,   DOWNERS GROVE IL 60515-1595
5909082          GOLDMAN SACHS,    P.O. BOX 30169,    NEW YORK NY 10087-0169
5909083         +GREG MALESKI,    93 SHOREHAM ROAD,    MASSAPEQUA NY 11758-7358
5909084         +GREYTHORNE ASSOC.,    3 ROSEWOOD CIRCLE,    MALVERN PA 19355-2816
5909085         +HARTFORD,   ONE HARTFORD PLAZA,    ATTN: LEGAL DEPT,    HARTFORD CT 06155-0001
5909086         +HELLO TICKETS,    151 WEST 25TH STREET,    #12-R,   NEW YORK NY 10001-7204
5909088          IKON FINANCIAL SERVICES,    PO BOX 41564,    PHILADELPHIA PA 19101-1564
5909089         +IMARKET COMMUNICATIONS, INC.,    PO BOX 433,    MATAWAN NJ 07747-0433
5909090         +IMS,   7755 CENTER AVENUE,    #1100,   HUNTINGTON BEACH CA 92647-3091
5909092         +IPC NETWORK SERVICES INC.,    PO BOX 35634,    NEWARK NJ 07193-5634
5909093         +IPC SYSTEMS INC.,    PO BOX 26644,    NEW YORK NY 10087-6644
5909094         +IPREO,   12189 COLLECTIONS CENTER DRIVE,    CHICAGO IL 60693-0121
6154731         +IPREO HOLDINGS, LLC,    MEISTER SEELIG & FEIN LLP,    140 EAST 45TH STREET, 19TH FLOOR,
                  NEW YORK, NY 10017-7143,    ATTN: CHRISTOPHER J. MAJOR
5909096         +ITG INC.,    GPO PO BOX 5987,    NEW YORK NY 10087-0001
5909097         +ITG INVESTMENT RESEARCH, INC.,    PO BOX 30270,    NEW YORK NY 10087-0270
5909098         +ITG NET,   ATTN: ACCOUNTS RECEIVABLE,    PO BOX 1669,    NEW YORK NY 10008-1669
5909099        #+JAMES E. COFFEY SECURITIES,    C/O THE GOLDSTEIN LAW GROUP,    61 BROADWAY, SUITE 1915,
                  NEW YORK NY 10006-2741
5909100          JAMES MCNALLY,    764 EDGE OF WOODS ROAD,    WATER MILL NY 11976-2429
5909101        #+JAMES RUNNELS,    15 PENN AVENUE,    STATEN ISLAND NY 10306-2827
5909102         +JASON SCHWARTZ,    155 EAST 34TH STREET,    APT. 3C,   NEW YORK NY 10016-4712
5909103         +JILL TRICARICO,    565 NORTH STREET,    RYE NY 10580-1967
5909104        #+JOHN BURNS REAL ESTATE CONSULT,    16485 LAGUNA CANYON ROAD,    SUITE 130,   IRVINE CA 92618-3848
5909105         +JOHN J. MILES,    325 NORTH END AVENUE,    NEW YORK NY 10282-1026
5909107         +JOHN ROQUE,    178 DOUGLAS PLACE,    MOUNT VERNON NY 10552-1144
5909108         +JOHN TUMAZOS,    11 YELLOW BROOK ROAD,    HOLMDEL NJ 07733-1967
5909109          JOSEPH C. CLEVELAND JR.,    CARDIO THORACIC SURGERY,    4200 E 9TH AVENUE,   DENVER CO 80220-3706
5909111         +JOSHUA ZABLE,    400 CENTRAL PARK WEST,    APT. 1,   NEW YORK NY 10025-5880
5909112         +JP MORGAN - NEOVEST,    277 PARK AVENUE,    11TH FL ATTN: ANDREW GRAYSON,   NEW YORK NY 10172-0003
5909113         +JPMORGAN CHASE BANK NA,    PO BOX 4660,    HOUSTON TX 77210-4660
5909114         +JULIE SISKOVIC,    110 BANK STREET,    APT. 3J,   NEW YORK NY 10014-2164
5909115         +JUSTIN HILAIRE,    343 SOUTH AVENUE,    GARWOOD NJ 07027-1343
```

```
District/off: 0208-1           User: admin                Page 3 of 6              Date Rcvd: Feb 03, 2014
                               Form ID: pdn               Total Noticed: 308


5909116        +KATIE FISHER,   800 MADISON STREET,    APT. 640,    HOBOKEN NJ 07030-6496
5909117        +KEKST AND CO.,    C/O BANK OF AMERICA,    16655 COLLECTIONS CENTER DRIVE,    CHICAGO IL 60693-0166
5909118       #+KEVIN FARRELLY,    300 EAST 75TH STREET - APT 26G,    NEW YORK NY 10021-3380
5909119        +KEVIN GARDNER,   86 FAIRVIEW LANE,    PLYMOUTH MA 02360-8205
5909120        +LAKESHORE SECURITIES LP,    401 S. LA SALLE STREET,    CHICAGO IL 60605-1014
5909121        +LAND TITLE GUARANTEE COMPANY,    5975 GREENWOOD PLAZA BLVD,    SUITE 125,
                 GREENWOOD VILLAGE CO 80111-4711
5909122        +LAURA BRUDIE,   440 EAST 56TH STREET,    APT. 2A,    NEW YORK NY 10022-4595
5909123        +LAVA FLOW INC.,    ATTN: BILLING,    388 GREENWICH STREET - 29TH FL,    NEW YORK NY 10013-2375
5909124        +LAVA TRADING INC.,    95 MORTON STREET - 7TH FLOOR,    NEW YORK NY 10014-3336
5909125        +LAVANNO MITCHELL,    7 EBERLING DRIVE,    NEW CITY NY 10956-3703
5909126        +LIBUCKI & COMPANY,    1900 MARKET STREET - SUITE 703,    ATTN: DEBBIE LIBUCKI,
                 PHILADELPHIA PA 19103-3514
5909127        +LIDDLE & ROBINSON, LLP,    800 THIRD AVENUE,    ATTN: ETHAN A. BRECHER, ESQ.,
                 NEW YORK NY 10022-7769
5909128        +LINEDATA SERVICES, INC.,    260 FRANKLIN ST., SUITE 1300,    BOSTON MA 02110-3127
5909129        +LIQUIDITY BOOK,    450 7TH AVENUE - 25TH FL,    NEW YORK NY 10123-0101
5909130         LIQUIDPOINT LLC,    PO BOX 13313,    NEWARK NJ 07101-3313
5846240        +LiquidPoint, LLC,    311 S. Wacker Dr.,    Suite 4700,    Chicago, IL 60606-6622
5906198        +Louis J. Cisz, III,    lcisz@nixonpeabody.com,    NIXON PEABODY LLP,
                 One Embarcadero Center, 18th Floor,    San Francisco, CA 94111-3716
5909132         M & T TRADERS TRUST CO.,    ONE M & T PLAZA,    BUFFALO NY 14240
5909135        +MARCUS OU,    80-49 87TH ROAD,    WOODHAVEN NY 11421-1919
5909136        +MARENZANA CONF. SERVICES,    780 3RD AVENUE,    NEW YORK NY 10017-2024
5909137         MARIANO F. SANITO,    26470 NORTH 110TH WAY,    SCOTTSDALE AZ 85255-8270
5909138        +MARILIA DASILVA,    67A MCDIVITT AVENUE,    STATEN ISLAND NY 10314-4965
5909139         MARKET NEWS INTERNATIONAL INC.,    P.O. BOX 9318,    NEW YORK NY 10087-9318
5909141        +MARQUISJET,    230 PARK AVENUE,    SUITE 840,    NEW YORK NY 10169-0841
5909142        +MATTHEW KURLAND,    440 EAST 79TH STREET,    APT. 17G,    NEW YORK NY 10075-1463
5915172        +MATTHEW SETH KURLAND,    440 EAST 79TH ST.,    APT 17G,    NEW YORK, NY 10075-1463
5909143        +MAZUMA CAPITAL CORP.,    13997 SOUTH MINUTEMAN DRIVE,    SUITE 200,    DRAPER UT 84020-7207
5909144         MERAV ABBE TRUST,    26 LAWRENCE ROAD,    RYE NY 10580
5909145        +MICHAEL GREENBERG,    353 4TH STREET,    BROOKLYN NY 11215-2804
5909146        +MICHAEL MASSIMINO,    412 BRICKYARD ROAD,    FREEHOLD NJ 07728-8414
5939034        +MICHAEL P. MARINO,    84 MOREWOOD OAKS,    PORT WASHINGTON NY 11050-1624
5909147        +MICHAEL PIZZO,    52 FIRST STREET,    L#2,    PELHAM NY 10803-1437
5909148        +MICHAEL ROMANO,    12 WEEPING CHERRY LANE,    COMMACK NY 11725-4661
5909149        +MICRO DESIGN SERVICES, LLC,    2001 ROUTE 46 - SUITE 502,    PARSIPPANY NJ 07054-1388
5909150        +MIKE NEIBERG,    129 W. 20TH STREET,    APT. 5B,    NEW YORK NY 10011-3642
5909151        +MIXIT INC.,    1 WHITEHALL STREET,    17TH FLOOR,    NEW YORK NY 10004-2109
5868800        +Manufacturers and Traders Company,    c/o Certilman Balin Adler & Hyman, LLP.,    90 Merrick Avenue,
                 East Meadow, NY 11554-1571
5909152        +NASDAQ EXECUTION SERVICES, LLC,    PO BOX 7777-W6385,    PHILADELPHIA PA 19175-0001
5909153        +NASDAQ QMX GROUP,    LOCKBOX 10700,    PO BOX 8500,    PHILADELPHIA PA 19178-8500
5909154        +NEW YORK STATE DEPT. TAX,    WA HARRIMAN STATE CAMPUS,    ALBANY NY 12227-0001
5909155        +NEWMAN FERRARA LLP,    1250 BROADWAY, 27TH FLOOR,    NEW YORK NY 10001-3717
5909156        +NEWMANN FERRERA,    1250 BROADWAY,    27TH FLOOR,    NEW YORK NY 10001-3717
5909157        +NICK CHAVES,    395 GODWIN AVENUE,    RIDGEWOOD NJ 07450-3618
5909158        +NICOLE DALE,    511 8TH STREET,    APT. 4R,    NEW YORK NY 10018
5909159        +NYFIX, INC.,    BOX 223613,    PITTSBURGH PA 15251
5909160        +NYS ATTORNEY GENERAL'S OFFICE,    120 BROADWAY,    NEW YORK NY 10271-0332
5953815         NYS DEPT OF TAX & FINANCE,    BANKRUPTCY SECTION,    PO BOX 5300,    ALBANY, NY 12205-0300
5909161         NYSE ARCA LLC,    BOX #223529,    PITTSBURGH PA 15251
5909162        +NYSE ARCA TRADING SERVICES,    100 SOUTH WACKER DRIVE,    SUITE 1800,    CHICAGO IL 60606-4004
5909163        +NYSE FOUNDATION,    CONTROLLER'S DEPARMTENT,    20 BROAD STREET - 8 FL,    NEW YORK NY 10005-2601
5909164        +NYSE GROUP (600 TC),    100 SOUTH WACKER DRIVE,    SUITE 2012,    CHICAGO IL 60606-4006
5909165        +NYSE GROUP 0308440 - DATA,    100 SOUTH WACKER DRIVE,    SUITE 2012,    CHICAGO IL 60606-4006
5909166        +NYSE GROUP 97801,    100 SOUTH WACKER DRIVE,    SUITE 2012,    CHICAGO IL 60606-4029
5909167         NYSE MARKET, INC.,    BOX #223695,    PITTSBURGH PA 15251
5909168         OFFICE DEPOT,    PO BOX 633211,    CINCINNATI OH 45263-3211
5909172        +OFFICE OF THE ATTY GENERAL,    ONE ASHBURTON PLACE,    BOSTON MA 02108-1598
5909170        +OFFICE OF THE ATTY GENERAL,    1300 'I' STREET,    ATTN: BANKRUPTCY UNIT,
                 SACRAMENTO CA 95814-2963
5909171        +OFFICE OF THE ATTY GENERAL,    1525 SHERMAN STREET,    ATTN: BANKRUPTCY DIVISION,
                 DENVER CO 80203-1760
5909169        +OFFICE OF THE ATTY GENERAL,    1275 WEST WASHINGTON STREET,    ATTN: BANKRUPTCY UNIT,
                 PHOENIX AZ 85007-2997
5909173        +OMGEO LLC,    2967 COLLECTIONS CENTER DRIVE,    CHICAGO IL 60693-0029
5909174        +ONPOINT EXECUTIONS,    40 WALL STREET - 28TH FL.,    NEW YORK NY 10005-1313
5909175       ++OPTIONS PRICE REPORTING AUTHORITY LLC,    400 S LASALLE STREET,    6TH FLOOR,
                 CHICAGO IL 60605-3039
               (address filed with court: OPTIONS PRICE REPORTING,    PO BOX 95718,    CHICAGO IL 60694-5718)
5909176        +OTR, AN OHIO GENERAL PARTNERSH,    C/O NIXON PEABODY LLP,    ONE EMBARCADERO CENTER, 18TH F,
                 SAN FRANCISCO CA 94111-3628
5909177        +OUTTEN & GOLDEN, LLP,    3 PARK AVENUE, 29TH FLOOR,    NEW YORK NY 10016-5902
5909178        +PALADYNE SYSTEMS,    400 FRANK W BURR BLVD,    ATRIUM - SUITE 8,    TEANECK NJ 07666-6810
5909179        +PAMELA MOSOLINO,    452 BAYSHORE DRIVE,    VENICE FL 34285-1411
5909180        +PATRICIA DOWDEN,    524 DELANCEY STREET,    PHILADELPHIA PA 19106-4106
5909181        +PATRICK KIRWAN,    60 SUTTON PLACE SOUTH,    NEW YORK NY 10022-4168
5909182        +PAUL GIAMBOI,    1 PINE GROVE COURT,    WESTWOOD NJ 07675-6869
```

```
District/off: 0208-1                  User: admin                    Page 4 of 6                  Date Rcvd: Feb 03, 2014
                                      Form ID: pdn                   Total Noticed: 308

5909183       +PERFECT TRADER, LLC,    4 MAIN STREET,    PO BOX 157,    ALLENHURST NJ 07711-0157
5909184       +PERSHING LLC,    C/O BRESSLER, AMERY ET AL.,    325 COLUMBIA TURNPIKE,    FLORHAM PARK NJ 07932-1213
5909185        PETER BONFANTI,    44 UMPAWAUG ROAD,    REDDING CT 06896-2809
5909186       +PHILIP S. REESE,    5601 KENNETT PIKE,    WILMINGTON DE 19807-1711
5909187       +PINE STREET FINANCIAL GROUP,    303 SOUTH CHADWICK STREET,    PHILADELPHIA PA 19103-6705
5909188        PITNEY BOWES,    P.O. BOX 371887,    PITTSBURGH PA 15250-7887
5909189       +PIVOT,    10 MILK STREET SUITE 610,    BOSTON MA 02108-4608
5909190       +PLATZER SWERGOLD KARLIN LEVINE,    1065 AVENUE OF THE AMERICAS,    18TH FLOOR,
                NEW YORK NY 10018-0690
5909191       +PORTWARE LLC,    233 BROADWAY, 24TH FLOOR,    NEW YORK NY 10279-2502
5909192       +PRIME ALLIANCE BANK,    1868 S 500 WEST,    WOODS CROSS UT 84010-7453
5909193       +PUBLIC STORAGE, INC.,    4040 HEMPSTEAD TURNPIKE,    BETHPAGE/HMPSTD 23611,
                BETHPAGE NY 11714-5604
5909194       +QUODD FINANCIAL,    30 MONTGOMERY STREET, SUITE 60,    JERSEY CITY NJ 07302-3860
5909195       +RANDY HUGHES,    55 RIDGE COMMON,    FAIRFIELD CT 06824-7010
5909196       +RECEIVALBE FINANCING ASSOC.,    2010 MAIN STREET,    SUITE 1150,    IRVINE CA 92614-7273
5909198       +REGUS MANAGEMENT GROUP, LLC,    845 THIRD AVENUE, 6TH FLOOR,    NEW YORK NY 10022-6630
5909197        REGUS MANAGEMENT GROUP, LLC,    P.O. BOX 842456,    DALLAS TX 75284-2456
5909199        RELIANCE GLOBALCOM SERVICES,    DEPT CH 17502,    PALATINE IL 60055-7502
5909200       +REPUBLIC BANK,    1560 RENAISSANCE TOWNE DRIVE,    SUITE 260,    BOUNTIFUL UT 84010-7683
5909201        REUTERS AMERICA, LLC,    GPO BOX 26803,    NEW YORK NY 10087-6803
5909202        REUTERS TRANSACTION SERVICES,    PO BOX 2003,    CAROL STREAM IL 60132-2003
5909203       +REYNOLDS OSPINA,    2055 BUSH STREET,    SAN FRANCISCO CA 94115-3206
5909204       +RICH HAZEL,    28 OXFORD AVENUE,    MELVILLE NY 11747-2645
5909205       +RIORDAN CONSULTING,    874 FAXON AVENUE,    SAN FRANCISCO CA 94112-1206
5909206       +RISE VISION,    22109 W 83RD STREET,    LENEXA KS 66227-3136
5909207       +ROBERT PETRILLO,    365 MONTGOMERY AVENUE,    OCEANSIDE NY 11572-3837
5909208       +ROBERT SAMUELS,    313 DARTMOUTH AVENUE,    FAIR HAVEN NJ 07704-3441
5909209       +SANDRA SARMIENTO,    547 MANOR ROAD,    2ND FLOOR,    STATEN ISLAND NY 10314-2960
5909210       +SCHULMAN BLACKWELL LLP,    100 PARK AVENUE,    16TH FLOOR,    NEW YORK NY 10017-5538
5909211       +SCOT COHEN,    20 EAST 20TH STREET,    APT. 6,    NEW YORK NY 10003-1316
5909213       +SHRED IT,    520 JEFFESON AVENUE,    SECAUCUS NJ 07094-2014
5909214        SIDERA,    PO BOX 64444,    PITTSBURGH PA 15264-4444
5909216       +SOUND AIR CONDITIONING,    58 OLD STEWART AVENUE,    NEW HYDE PARK NY 11040-4445
5909217        STANDARD & POORS,    20 CANADA SQUARE,    CANARY WHARF - LONDON,    E14 5LH UK
5909218        STANDARD & POORS/CAPITAL IQ,    20 CANADA SQUARE,    CANARY WHARF - LONDON,    E14 5LH UK
5909219       +STANLEY CONVERGENT SECURITY,    1981 MARCUS AVE,    SUITE C108,    NEW HYDE PARK NY 11042-1032
5909220        STAPLES BUSINESS ADVANTAGE,    DEPT NY,    PO BOX 415256,    BOSTON MA 02241-5256
6115061       +STATE OF NEW YORK DEPARTMENT OF LABOR,    UNEMPLOYMENT INSURANCE DIVISION,
                GOVERNOR W. AVERELL HARRIMAN,    STATE OFFICE BUILDING CAMPUS,    BUILDING 12, ROOM 256,
                ALBANY, NY 12240-0001
5976990       +STATE OF NEW YORK DEPARTMENT OF LABOR,    UNEMPLOYMENT INSURANCE DIVISION,
                GOVERNOR W. AVERELL HARRIMAN STATE OFFIC,    BUILDING 12, ROOM 256,    ALBANY, NEW YORK 12240-0001
5909222       +STEPHEN HERRMANN,    312 HIGH RIDGE ROAD,    WILMINGTON DE 19807-1510
5909224        STERLING NATIONAL BANK,    PO BOX 1570,    CHURCH STREET STATION,    NEW YORK NY 10008-1570
5909225       +STREET ACCOUNT,    PO BOX 13453,    JACKSON WY 83002-3453
5909226       +STUDENT OPTIONS,    3138 VIA LARGA,    ALAMO CA 94507-1524
5909227       +SUNGARD INSTITUTIONAL BROKERAG,    7408 COLLECTIONS CENTER DRIVE,    CHICAGO IL 60693-0074
5909228       +SUPER SEAMLESS GUTTERS/LEADERS,    64 FANNING AVENUE,    HAMPTON BAYS NY 11946-1838
5909229       +TARAS GLYANTSAV,    815 EAST 14TH STREET,    APT. 6F,    BROOKLYN NY 11230-2941
5909231       +TED MOREAU SR.,    9601 NORTH LAKE DRIVE,    MILWAUKEE WI 53217-6101
5909232        TELECOM PRAGMATICS,    4200 JAMESBOROUGH PLACE,    NASHVILLE TN 37215-3614
5909233       +TENNESSEE DEPT. OF REVENUE,    ANDREW JACKSON STATE OFF. BLDG,    500 DEADERICK STREET,
                NASHVILLE TN 37242-0001
5909234       +THE ALPHAGEN GROUP,    62 WEST 45TH STREET, 4TH FLOOR,    NEW YORK NY 10036-4208
5909235       +THE GARTMAN LETTER, L.C.,    PO BOX 6147,    SUFFOLK VA 23433-0147
5909236       +THOMSON REUTERS,    3 TIMES SQUARE,    NEW YORK NY 10036-6564
5909237       +THURMOND & COMPANY,    1796 HENDERSONVILLE ROAD,    SUITE A,    ASHEVILLE NC 28803-2499
5909240       +TRADE ALERT,    200 PARK AVENUE SOUTH,    SUITE 1314,    NEW YORK NY 10003-1510
5909241        TRADEWARE GLOBAL,    P.O. BOX 9144,    UNIONDALE NY 11555-9144
5909242        TRADEWEB MARKETS LLC,    JPMORGAN/CAHSE,    GPO BOX 26803,    NEW YORK NY 10087-6803
5909243       +TRADING SCREEN INC.,    30 IRVING PLACE, FLOOR 4,    NEW YORK NY 10003-2303
5909244       +TRANSACTION NETWORK SERVICES,    15847 COLLECTION CENTER DR,    CHICAGO IL 60696-0001
5909245        TSX, INC.,    P.O. BOX 421,    130 KING STREET WEST,    TORONTO, ONTARIO M5X 1J2
5909246       +TUFTS MEDICAL CENTER,    800 WASHINGTON STREET,    BOSTON MA 02111-1552
5909247       +U.S. ATTORNEY'S OFFICE,    86 CHAMBERS STREET,    NEW YORK NY 10007-1825
5909248        U.S. TREASURY,    110 WEST 44TH ST, 4TH FL,    GROUP 26,    NEW YORK NY 10036-4011
5909249        VERIZON BUSINESS,    P.O. BOX 371355,    PITTSBURGH PA 15250-7355
5878653       +VERIZON NETWORK SERVICES,    WILLIAM M VERMETTE, ESQ.,    22001 LOUDOUN COUNTY PARKWAY,
                ASHBURN, VA USA 20147-6105
5909251       +VICTOR RADEFF,    1456 CABRILLO AVENUE,    BURLINGAME CA 94010-4709
5909252       +VORNADO OFFICE MANAGEMENT,    909 THIRD AVENUE, 12TH FLOOR,    NEW YORK NY 10022-4731
5922940       +Verizon Communications, Inc.,    c/o Stinson Morrison Hecker LLP,    Attn: Darrell W. Clark, Esq.,
                1775 Pennsylvania Avenue, NW, Ste 800,    Washington, DC 20006-4760
5909253       +WALL STREET CALENDAR CORP.,    P.O. BOX 4338,    HUNTINGTON NY 11743-0776
5909254       +WARNER CABLE,    46A EAST 23RD STREET,    NEW YORK NY 10010-4401
5909255        WB MASON CO.,    P.O. BOX 981101,    BOSTON MA 02298-1101
5909256       +WEEKS-LERMAN GROUP LLC,    58-38 PAGE PLACE,    P.O. BOX O,    MASPETH NY 11378-2235
5909257       +WEITZMAN LAW OFFICES, LLC,    RAPHAEL WEITZMAN, ESQ.,    110 WALL STREET, 11TH FLOOR,
                NEW YORK NY 10005-3834
```

```
District/off: 0208-1           User: admin              Page 5 of 6              Date Rcvd: Feb 03, 2014
                               Form ID: pdn             Total Noticed: 308


5909258      +WELLS COGSWELL REALTY GROUP,    C/O PIEDMONT OFFICE REALTY TRU,    11695 JOHNS CREEK PKWY, #350,
               DULUTH GA 30097-1855
5909260      +WESTMINSTER RESEARCH,    ONE WALL STREET, 33RD FLOOR,    NEW YORK NY 10286-0001
5939035     #+WILLIAM BONFANTI,    20 PEPPERMILL LANE,    DIX HILLS, NEW YORK 11746-5427
5909261      +WILLIAM WEBER,    200 WEST END AVENUE,    APT. 8G,    NEW YORK NY 10023-4852
5909262      +WINSTON BARNES,    38 SANDY LANE,    MILL VALLEY CA 94941-1200
5909263       WOLTERS KLUWER,    8832 INNOVATION WAY,    CHICAGO IL 60682-0088
5909264       WTAS LLC,    P.O. BOX 200988,    PITTSBURGH PA 15251-0988
5846242      +Westminster Research Associates LLC,    1633 Broadway,    New York, NY 10019-6708
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5908985      +EDI: AMEREXPR.COM Feb 03 2014 19:23:00      AMERICAN EXPRESS,    C/O JAFFE & ASHER LLP,
               600 THIRD AVENUE, 23RD FL,    NEW YORK NY 10016-1914
5908995       E-mail/Text: sguebara@azdes.gov Feb 03 2014 19:17:25      AZ DEPT OF ECONOMIC SECURITY,
               P.O. BOX 52027,    PHOENIX AZ 85072-2027
5857270       EDI: BECKLEE.COM Feb 03 2014 19:23:00      American Express Travel Related Services Co Inc,
               Corp Card,    c/o Becket and Lee LLP,    POB 3001,    Malvern  PA 19355-0701
5909027       E-mail/Text: citjaxbankruptcy@cit.com Feb 03 2014 19:17:26      CIT TECHNOLOGY FIN SERV,
               21146 NETWORK PLACE,    CHICAGO IL 60673-1211
5909028      +E-mail/Text: citjaxbankruptcy@cit.com Feb 03 2014 19:17:26      CIT TECHNOLOGY FINANCING,
               10201 CENTURION PARKWAY NORTH,    JACKSONVILLE FL 32256-4114
5891802      +E-mail/Text: citjaxbankruptcy@cit.com Feb 03 2014 19:17:26
               CIT Technology Financing Services, Inc,    10201 Centurion Pkwy N#100,
               Jacksonville, FL 32256-4114
5909033      +EDI: CODEPREV.COM Feb 03 2014 19:23:00      COLORADO DEPT OF REVENUE,    1375 SHERMAN STREET,
               DENVER CO 80261-2200
5909035       E-mail/Text: az.bankruptcies@cox.com Feb 03 2014 19:17:26      COX COMMUNICATIONS,    PO BOX 78071,
               PHOENIX AZ 85062-8071
5909044       E-mail/Text: collections@deeprockwater.com Feb 03 2014 19:17:27      DEEP ROCK WATER CO.,
               DEPT. 2146,    DENVER CO 80271-2146
5909045       EDI: RCSDELL.COM Feb 03 2014 19:23:00      DELL FINANCIAL SERVICES,    MAIL STOP-PS2DF-23,
               ONE DELL WAY,    ROUND ROCK TX 78682
5909046       EDI: RCSDELL.COM Feb 03 2014 19:23:00      DELL FINANCIAL SERVICES - C/C,    P.O. BOX 5275,
               CAROL STREAM IL 60197-5275
5909047       EDI: RCSDELL.COM Feb 03 2014 19:23:00      DELL FINANCIAL SERVICES-LEASE,    P.O. BOX 5292,
               CAROL STREAM IL 60197-5292
5909052      +EDI: ESSL.COM Feb 03 2014 19:23:00      DISH NETWORK,    9601 S MERIDIAN BLVD.,
               ENGLEWOOD CO 80112-5905
5909073      +E-mail/Text: fnb.bk@fnfg.com Feb 03 2014 19:17:40      FIRST NIAGARA LEASING, INC.,
               6950 SOUTH TRANSIT ROAD,    LOCKPORT NY 14094-6384
5941998      +E-mail/Text: capitalbankruptcynotice@ge.com Feb 03 2014 19:17:42      GE CAPITAL,
               GE CAPITAL ATTN KIMBERLY LEVELLE,    1010 THOMAS EDISON BLVD SW,    CEDAR RAPIDS, IA 52404-8247
5898799      +E-mail/Text: capitalbankruptcynotice@ge.com Feb 03 2014 19:17:42      GE CAPITAL,
               KIMBERLY LEVELLE,    1010 THOMAS EDISON BLVD SW,    CEDAR RAPIDS, IA 52404-8247
5909095       EDI: IRS.COM Feb 03 2014 19:23:00      IRS,    290 BROADWAY, 14TH FLOOR,    NEW YORK NY 10007
5951516       EDI: IRS.COM Feb 03 2014 19:23:00      Internal Revenue Serice,    PO Box 7346,
               Philadelphia, PA 19101-7346
5909133      +E-mail/Text: camanagement@mandtbank.com Feb 03 2014 19:17:28      M & T TRUST CO.,
               350 PARK AVENUE,    6TH FLOOR,    NEW YORK NY 10022-6081
5909134      +E-mail/Text: duabankruptcy@detma.org Feb 03 2014 19:17:35      MA DIVISION OF UNEMPLOYMENT,
               19 STANIFORD STREET,    5TH FLOOR,    BOSTON MA 02114-2502
5909223       E-mail/Text: david.johnson@sterlingnationalbank.com Feb 03 2014 19:17:27
               STERLING NATIONAL BANK,    42 BROADWAY, 3RD FL,    NEW YORK NY 10004-3908
5977018      +E-mail/Text: david.johnson@sterlingnationalbank.com Feb 03 2014 19:17:27
               STERLING NATIONAL BANK,    ATTN: BENJAMIN KATZ,    500 SEVENTH AVENUE, 3RD FLOOR,
               NEW YORK, NY 10018-4502
5909259       EDI: WFFC.COM Feb 03 2014 19:23:00      WELLS FARGO CARD SERVICES, INC,    P.O. BOX 6426,
               CAROL STREAM IL 60197-6426
                                                                                              TOTAL: 23


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5908984       ALPHAGEN GROUP LTD,    1 HEATHGATE PLACE,    LONDON NW3 2NU
5909212       SEE ATTACHED
5909215       SOLIT TESSLER
5909075*     +FLEXTRADE LLC,    111 GREAT NECK ROAD, SUITE 314,    GREAT NECK NY 11021-5403
5934110*     +Farrell’s Limousine Service, LLC,    c/o Lazarus & Lazarus, P.C.,    240 Madison Avenue, 8th Flr.,
               New York, NY 10016-2820
5909802*     +Louis J. Cisz, III,    lcisz@nixonpeabody.com,    NIXON PEABODY LLP,
               One Embarcadero Center, 18th Floor,    San Francisco, CA 94111-3716
5909025     ##+CHRISTIAN LEGER,    76 ANNAWAN ROAD,    WABAN MA 02468-2112
5909030     ##+COFFEY PUGLIESE INC.,    40 WALL STREET 34TH FLOOR,    NEW YORK NY 10005-1325
5909038     ##+D AND D SECURITIES,    302 NORTH NASSAU AVENUE,    MARGATE CITY NJ 08402-1448
5909050     ##+DIANA WRIGHT,    179 UELAND ROAD,    RED BANK NJ 07701-5263
5909063     ##+ETHAN ROTH,    341 WEST 24TH STREET,    APT. 1B,    NEW YORK NY 10011-1526
5909087     ##+HP ASSOCIATES,    60 EAST 42ND STREET,    SUTIE 2517,    NEW YORK NY 10165-2564
5909091     ##+INTEGRATION PARTNERS,    80 HAYDEN AVENUE,    LEXINGTON MA 02421-7967
5909106     ##+JOHN L. NEWMAN,    159 CHRISTOPHER STREET,    APT 2,    NEW YORK NY 10014-6310
5909110     ##+JOSEPH NORIEGA,    175 KING ROAD,    FANWOOD NJ 07023-1657
5909131     ##+LIVEVOL,    220 MONTGOMERY STREET, STE 319,    SAN FRANCISCO CA 94104-3476
5909140     ##+MARKS PANETH & SHRON,    622 THIRD AVENUE,    NEW YORK NY 10017-6723
```

```
District/off: 0208-1          User: admin              Page 6 of 6              Date Rcvd: Feb 03, 2014
                              Form ID: pdn             Total Noticed: 308


              ***** BYPASSED RECIPIENTS (continued) *****
5909221    ##+STEPHANIE FELDMAN,    6357 S. HIGH DRIVE,    MORRISON CO 80465-2603
5909230    ##+TCS-NEW YORK, L.P.,    3165 E. MILLROCK DRIVE NO. 400,    SALT LAKE CITY UT 84121-4772
5909238    ##+TIGER LEASING, LLC,    105 CHAMBERS STREET, 3RD FLOOR,    NEW YORK NY 10007-3515
5909239    ##+TORBRON OFFICE FURNITURE CORP,    135 WEST 18TH STREET,    NEW YORK NY 10011-4104
5909250    ##+VICTOR FERRIERA,    19 PICTON STREET,    CLARK NJ 07066-1133
5908975    ##+WJB CAPITAL GROUP, INC.,    909 THIRD COMPANY, L.P.,    909 THIRD AVENUE,    NEW YORK NY 10022-4752
                                                                               TOTALS: 3, * 3, ## 17
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2014                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2014 at the address(es) listed below:
              Dan J. Schulman    on behalf of Petitioning Creditor    ConvergEx Execution Solutions LLC
               dschulman@schulmanblackwell.com
              Ian J. Gazes
               office@GazesLLC.com;yortiz@gazesllc.com;ddinoso@gazesllc.com;igazes@ecf.epiqsystems.com
              Jeffrey C. Chancas    on behalf of Creditor    909 Third Company, L.P., c/o Borah, Goldstein, et
               al. jchancas@borahgoldstein.com
              Louis J. Cisz, III    on behalf of Creditor    OTR, An Ohio General Partnership, As Nominee Of The
               State Teachers Retirement Board Of Ohio lcisz@nixonpeabody.com
              Michael Zachary Bluestone    on behalf of Petitioning Creditor    Flextrade Technologies, LLC
               mzb@bluestonelaw.com,    mrb@bluestonelaw.com
              Minh Ngoc Thi Nguyen    on behalf of Petitioning Creditor    Flextrade Technologies, LLC
               mntn14@hotmail.com,    kyle@bluestonelaw.com;mzb@bluestonelaw.com
              Richard J. McCord    on behalf of Creditor    Manufacturers and Traders Company RMcCord@CBAH.com,
               afollett@certilmanbalin.com;cfollett@certilmanbalin.com
              Sherri D. Lydell    on behalf of Debtor    WJB Capital Group, Inc. slydell@platzerlaw.com,
               tsadutto@platzerlaw.com
              Teresa Sadutto-Carley    on behalf of Debtor    WJB Capital Group, Inc. tsadutto@platzerlaw.com,
               mkaplan@platzerlaw.com
                                                                                             TOTAL: 9
```